Stephen M. Doniger (SBN 179314)
stephen@dongierlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>SEARS HOLDING CORP. d/b/a KMART CORP., an Illinois Corporation; SEARS, ROEBUCK & CO., an Illinois Corporation; L.G.B. INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.: CV12-06978 JGB (JCGx)<br>_Honorable Jesus G. Bernal Presiding_<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

- 1 -

## **[PROPOSED] ORDER:**

      Having reviewed the stipulation of the parties to dismiss this action and finding good cause thereon,

      IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear its own costs and fees.

Date:  June 12, 2013

                           Honorable Jesus G. Bernal
                           United States District Court Judge

ORDER ON STIPULATION FOR DIMSISSAL OF ACTION